UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICK A. CANNAVAN,

      Plaintiff,

      v.

JEFF MACOMBER, et al.,

      Defendants.

No. 1:25-cv-01480-KES-SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF

Docs. 9, 12

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 28, 2025, plaintiff filed a motion for a court order to stop interference with his ability to litigate this action. Doc. 9. On December 2, 2025, the assigned magistrate judge issued findings and recommendations recommending plaintiff's motion for injunctive relief be denied. Doc. 12. On December 13, 2025, plaintiff objections to the findings and recommendations. Doc. 13.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Plaintiff's objections do not undermine the reasoning of the findings and recommendations. Having carefully reviewed the file, including plaintiff's objections, the Court

1

concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1.    The findings and recommendations issued on December 2, 2025, Doc. 12, are adopted in full; and

2.    Plaintiff's motion for injunctive relief filed on November 28, 2025, Doc. 9, is denied.

IT IS SO ORDERED.

Dated:    January 12, 2026

UNITED STATES DISTRICT JUDGE

2